IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY GORDON, | ) | 8:93CV263 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BEN NELSON, Governor of the | ) | |
| State of Nebraska, and DONALD | ) | |
| STENBERG, Attorney General of the | ) | |
| State of Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

 This matter is before the court on Larry Gordon's Motion for New Trial (Filing No. 14), Motion to Appoint Counsel (Filing No. 17), and Motion for Issuance of Subpoena (Filing No. 18). This court's records reflect this case was dismissed in July of 1993. For this reason, Gordon's motions will be denied.

 IT IS THEREFORE ORDERED that: Gordon's Motion for New Trial (Filing No. 14), Motion to Appoint Counsel (Filing No. 17), and Motion for Issuance of Subpoena (Filing No. 18) are denied.

 DATED this 28th day of July, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.