IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY GORDON, | ) | 8:93CV263 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BEN NELSON, Governor of the State of Nebraska, and DONALD STENBERG, Attorney General of the State of Nebraska, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Petitioner Larry Gordon's "Motion for Certificate of Probable Cause of Appeal," which the court liberally construes as a notice of appeal from the court's Memorandum and Order dated July 28, 2015.  Gordon was previously granted leave to proceed in forma pauperis in this action (*see* Filing No. 4), so he may proceed on appeal in forma pauperis.

IT IS THEREFORE ORDERED that: Petitioner may proceed on appeal in forma pauperis.  To the extent a certificate of appealability is required in order to process this appeal, the court will not issue one because Gordon has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  The clerk of the court is directed to send a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 26th day of August, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.